FILED
CLERK, U.S. DISTRICT COURT

DEC 13 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                    Plaintiff,

          vs.

Christian Nicholas Claustro
                    Defendant.

Case No.: 8:23-MJ-00612

ORDER   [OF DETENTION]
AFTER HEARING HELD PURSUANT
TO 18 U.S.C. § 3148 (B)

(Alleged Violation of Conditions of
Pretrial Release)

### A.

A warrant for arrest of the defendant for the alleged violation of conditions of pretrial release having been issued by Judge Boone, E.D. Cal., and the Court having conducted a hearing on the alleged violation(s),

### B.

The Court finds

(1)

    (A)   (✓)   that there is probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

    (B)   ( )   that there is clear and convincing evidence that the defendant has violated any other condition of release, specifically the following:

11/14/23  arrest on state felony/car chase

| | | | |
|---|---|---|---|
| 1 | | | and |
| 2 | (2) | | |
| 3 | | (A) | ( )   that based on the factors set forth in 18 U.S.C. § 3142(g), there is no |
| 4 | | | condition or combination of conditions of release that will assure that |
| 5 | | | the defendant will not flee or pose a danger to the safety or any other |
| 6 | | | person or the community; or |
| 7 | | (B) | ( )   that the defendant is unlikely to abide by any condition or |
| 8 | | | combination of conditions of release. |
| 9 | | | and/or, in the event of (1) (A) |
| 10 | (3) | (✓) | that the defendant has not rebutted the presumption that no condition |
| 11 | | | or combination of conditions will assure that the person will not pose |
| 12 | | | a danger to the safety of any other person or the community. |
| 13 | | | or |
| 14 | (4) | ( ) | that there are conditions of release that will assure that the defendant |
| 15 | | | will not flee or pose a danger to the safety of any other person or the |
| 16 | | | community, and that the defendant will abide by such conditions. See |
| 17 | | | separate order setting conditions. |
| 18 | | ( ) | This Order shall be stayed for 72 hours in order to allow the |
| 19 | | | Government to seek review from the [assigned District Judge] |
| 20 | | | [criminal duty District Judge]. |
| 21 | | | or |
| 22 | | | C. |
| 23 | (✓)   IT IS ORDERED that the defendant be detained prior to trial. | | |
| 24 | | | |
| 25 | DATED: __12/13/23__ | | |
| 26 | | | KAREN E. SCOTT |
| | | | UNITED STATES MAGISTRATE JUDGE |
| 27 | | | |
| 28 | | | |

2